**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| JOHN RYSCUCK and VANESSA WALKER, d/b/a WALKER HOME RENOVATIONS, | ) ) ) | |
| | ) | C.A. No.: N14C-10-233 EMD |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORMA WHITE, MICHELE BILOW, TRI-STATE INVESTMENTS HOLDINGS of DE, INC., and EXIT REALTY TRI-STATE GROUP, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CIVIL ACTION**

Upon consideration of the Order Granting Motion for Plaintiffs Counsel to Withdraw entered on November 14, 2016; the Order of the Court attached to the Letter from Donald L. Gouge, Jr., Esq., to the Honorable Eric M. Davis entered on January 5, 2017; the Letter form Donald L. Gouge, Jr., Esq., to the Honorable Eric M. Davis dated February 10, 2017; the Letter from Gary R. Dodge, Esq., to the Honorable Eric M. Davis dated February 10, 2017 and filed on February 13, 2017; and the entire record of this civil action,

**IT IS HEREBY FOUND AND DETERMINED** that, through its Orders, the Court set deadlines of December 14, 2016 and February 1, 2017 for the Plaintiffs to file a notice with the Court demonstrating their intent to prosecute this civil action either with new counsel or *pro se*; and

**IT IS HEREBY FURTHER FOUND AND DETERMINED** that the Court, per request of former counsel, gave additional time until the end of February 13, 2017 for the Plaintiffs to demonstrate their intent to prosecute this civil action; and

**IT IS HEREBY FURTHER FOUND AND DETERMINED** that, as of February 15, 2017 at 9:00 a.m., the Plaintiffs have not complied with the Court's Orders; and

**IT IS HEREBY ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**.

Dated: February 15, 2017
Wilmington, Delaware

*/s/ Eric M. Davis*
Eric M. Davis, Judge

cc:     The Prothonotary
        The Parties